UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ORIX FINANCIAL SERVICES, INC.
formerly known as
ORIX CREDIT ALLIANCE, INC.

                                           NOTICE OF MOTION
                                                   FOR
                      Plaintiff,        DEFAULT JUDGMENT
      - against -                   05 CV 9348 (LTS)

DELENO MAX HARPER
                     Defendant.
------------------------------------x

    PLEASE TAKE NOTICE, that upon the annexed Affidavit in support of Plaintiff's Motion for Default Judgement, made and sworn to on January 10,2006 by Yvonne Kalpakoff, an officer of plaintiff, the Affirmation of William M. Stein, a member of the law firm of Stein & Stein, attorneys for the Plaintiff, dated February 7,2006, a Certificate of the Clerk noting the default of the Defendant DELENO MAX HARPER in the pleadings, Statement of Damages and all prior papers and proceedings filed herein, the undersigned will move on February 21,2006 at 9:30 a.m. before the Honorable LAURA TAYLOR SWAIN, United States District Judge, United State Courthouse, 40 Centre Street, New York, New York 10007, for an order upon plaintiff's motion for judgment by default in favor of the Plaintiff ORIX FINANCIAL SERVICES, INC., formerly known as ORIX CREDIT ALLIANCE, INC., and against the Defendant DELENO MAX HARPER on the annexed form hereto, and for such other and further relief as to the Court may seem proper.

Dated:  Haverstraw, New York
       February 7, 2006         S/_____
                                         William M. Stein (WS-6263)
                                         Attorneys for Plaintiff
                                         One Railroad Square
                                         Haverstraw, New York 10927
                                         (845)429-3900

To: DELENO MAX HARPER
    2073 FORT DALE ROAD
    GREENVILLE AL 36037