UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
ORIX FINANCIAL SERVICES, INC.
formerly known as
ORIX CREDIT ALLIANCE, INC.

                          Plaintiff,
              - against -

                                        STATEMENT OF DAMAGES
DELENO MAX HARPER                        05 CV 9348 (LTS)

                          Defendant.
----------------------------------x
Principal Balance due under the Note        $172,948.17

Default interest on the Note balance        $140,781.30
from October 18, 2002 to February 21,2006[1]
(1,221 days) at 1/15th of 1% *per diem*
($115.30 *per diem*)

Attorney's fees due pursuant to the Note    $ 34,589.63

**Total Balance due under the Note**             **$348,319.10**


Attached hereto is a copy of the Summons and Proof of Service. A

copy of the Complaint is attached to the affidavit of Yvonne

Kalpakoff.


jh9838orixfedj

---

[1] This date is estimated as the date of entry of judgment.
If judgment is entered at a later or earlier date, the amounts
set forth can be adjusted by adding or subtracting the actual
number of days.

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

ECF CASE

SOUTHEREN _____ DISTRICT OF _____ NEW YORK

ORIX FINANCIAL SERVICES,INC. formerly
known as ORIX CREDIT ALLIANCE,INC.

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:

DELENO MAX HARPER

05 CV 9348

JUDGE SWAIN

TO: (Name and address of defendant)

DELENO MAX HARPER
2073 Fort Dale Road
Greenville, AL  36037

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

WILLIAM M. STEIN - WS6263
STEIN & STEIN
1 RAILROAD SQUARE
HAVERSTRAW,NY 10927
(845) 429-3900

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

NOV 0 3 2005

DATE

(BY) DEPUTY CLERK

AO 440  (Rev. 10/93) Summons In a Civil Action -SDNY  WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE _November 11_ ,2005 |
| NAME OF SERVER *(PRINT)*<br>WILLIAM M. STEIN | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____
_____

☑ Other *(specify)*: Personal Service in the State and County of New York upon defendants by personal service upon _Thomas Lionelli_ an officer for the C-A Credit Corp. defendants' designated agent for Service of Process in New York pursuant to agreement signed by the defendants (copy exhibited to the complaint).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _November 14_ ,2005          _____
          Date                                                     Signature of Server

_____
Address of Server
Stein & Stein
One Railroad Square
Haverstraw, NY 10927

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.